# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge    Court appearing by video conference
Criminal No. 3:26-cr-00002-RGE-SBJ-1    :    Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Shaun M. Watson

Gov. Atty(s): Brecklyn P. Carey    : ✔ Indictment  ☐ Superseding Indictment  ☐ Information
Def. Atty(s): Andrea D. Jaeger    : ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☐ In Person  ✔ Video Conference  : Code Violation/Offense:
✔ All Parties Consent to Video Proceeding  : 21:841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846 Conspiracy to
Court Reporter: FTR Gold - 120    : Distribute Controlled Substances (1)
Interpreter: N/A    :
☐ Interpreter Sworn

Date: February 2, 2026
Initial Appearance Start Time: 1:34 pm    Arraignment Start Time: 1:39 pm    End Time: 1:45 pm

## Initial Appearance

✔ Advised of Rights    : ✔ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights    : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No  : ☐ Retained Counsel
✔ Rule 5 Admonition Given    :

## Arraignment

Trial Scheduled for: March 30, 2026    : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: February 17, 2026    : ✔ Indicted in True Name
Reciprocal Discovery due: February 24, 2026    :    True Name:
Pretrial Motions due: March 9, 2026    : ✔ Reading of Indictment Waived
Plea Notification Deadline:    :    Plea of Not Guilty Accepted as to Ct(s): 1
Plea Entry Deadline: March 16, 2026    : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):    : ✔ Defendant advised that failure to enter a plea by deadline
March 10, 2026, at 1:00 pm    :    may negatively impact consideration and finding regarding
Before the Honorable Stephen B. Jackson Jr., Davenport Rm 242       reduction in offense level based upon Acceptance of
         Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention    :
☐ Defendant Waived Preliminary Examination    : Detention Hearing Set:
✔ Defendant Waived Detention Hearing    : Before:
Court Ordered Defendant:    : Courthouse:    Room:
☐ Released on Bond    : Revocation Hearing Set:
✔ Detained    : Before:
    : Courthouse:    Room:

The Court finds that today's hearing was conducted by reliable electronic means.

/s/ Brian Phillips
Deputy Clerk